# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JOHN ANTHONY HOUSTON,**
**ADC #119358**                                                                                       **PLAINTIFF**

**V.**                           **CASE NO. 4:13CV00296 JMM/BD**

**FAULKNER COUNTY SHERIFF'S DEPT., et al.**                    **DEFENDANTS**

## ORDER

      The Court has received the Partial Recommended Disposition filed by Magistrate Judge Beth Deere. After careful review of the recommendation and Mr. Houston's objections, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be adopted as this Court's findings as to Plaintiff's claims regarding the Detention Center Policy and Procedures and his claims against the Faulkner County Sheriff's Department and Lieutenant Pickard in all respects. Plaintiff requests additional time to investigate his official capacity claims against Defendant Fuentes and Jane Doe which the Court grants.

      In conclusion, Mr. Houston's claims against the Faulkner County Sheriff's Department are DISMISSED, with prejudice. His claim against Lieutenant Pickard is DISMISSED, without prejudice. His claim that Detention Center employees violated prison policy and procedure is DISMISSED, with prejudice.

IT IS SO ORDERED, this 28th day of June, 2013.

_____
James M. Moody
United States District Judge